STATE OF NEW JERSEY v. ROBERTO DIAZ.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. OLIVER WATTS.

June 13, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. DENNIS STANFORD.

June 13, 1989.

Petition for certification denied.

COLONEL J. LEWIS v. THE HOSPITAL CENTER AT
ORANGE, ETC., ET AL.

June 13, 1989.

Petition for certification denied.